UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MUNIZ, PATRICIA § Case No. 11-51898
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/MICHAEL G. BERLAND_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Patricia Muniz |  |  |  |
|  |  |  |  |
| PATRICIA MUNIZ |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL BERLAND, TRUSTEE | | | | | |
| MICHAEL BERLAND, TRUSTEE | | | | | |
| ATI | | | | | |
| LABORERS PENSION FUND & HEALTH & WE | | | | | |
| RATHBURN, CSERVENYAK & KOZOL | | | | | |
| RATHBURN, CSERVENYAK & KOZOL | | | | | |
| RATHBURN, CSERVENYAK & KOZOL | | | | | |
| RATHBURN, CSERVENYAK & KOZOL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

Case 11-51898    Doc 32    Filed 01/13/15    Entered 01/13/15 14:29:27    Desc Main
Document    Page 5 of 9

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| | FIRST NATIONAL BANK OF OMAHA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-51898 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | MUNIZ, PATRICIA | | | Date Filed (f) or Converted (c): | 12/30/11 (f) |
| | | | | 341(a) Meeting Date: | 01/23/12 |
| For Period Ending: | 12/08/14 | | | Claims Bar Date: | 05/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 413 Willow, Joliet, Ilinois | 75,400.00 | 0.00 | | 0.00 | FA |
| 2. First Midwest checking | 50.00 | 0.00 | | 0.00 | FA |
| 3. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 4. household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Jewlelry | 100.00 | 0.00 | | 0.00 | FA |
| 6. Tax refund 2011 | 2,500.00 | Unknown | | 0.00 | FA |
| 7. GMC Jimmy | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. PI lawsuit (u) | 0.00 | 0.00 | | 75,500.00 | FA |
| amended by debtor after Trustee discovered asset | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $81,650.00 | $0.00 | | $75,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee employed special counsel to prosecute a PI case and then settled the case after filing a Motion with the
bankruptcy court.

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 18.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-51898 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | MUNIZ, PATRICIA | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******0015 Checking Account |
| Taxpayer ID No: | *******3540 | | |
| For Period Ending: | 12/08/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/20/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 22,713.04 | | 22,713.04 |
| 10/27/14 | 005001 | Michael Berland, trustee | Trustee Compensation | 2100-000 | | 6,133.35 | 16,579.69 |
| 10/27/14 | 005002 | Michael berland, trustee | Trustee Expenses | 2200-000 | | 60.40 | 16,519.29 |
| 10/27/14 | 005003 | First National Bank of Omaha | Claim 000001, Payment 100.34091% | | | 13,686.35 | 2,832.94 |
| | | c/o Brumbaugh & Quandahl, PC, LLO | | | | | |
| | | 4885 S. 118th Street, Ste. 100 | | | | | |
| | | Omaha, NE 68137 | | | | | |
| | | | Claim 13,639.85 | 7100-900 | | | |
| | | | Interest 46.50 | 7990-000 | | | |
| 10/27/14 | 005004 | PATRICIA MUNIZ | Surplus Funds | 8200-002 | | 2,832.94 | 0.00 |
| | | 413 WILLOW AVE. | | | | | |
| | | JOLIET, IL 60436 | | | | | |

|  | COLUMN TOTALS | 22,713.04 | 22,713.04 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 22,713.04 | 0.00 | |
| | Subtotal | 0.00 | 22,713.04 | |
| | Less: Payments to Debtors | | 2,832.94 | |
| | Net | 0.00 | 19,880.10 | |

Page Subtotals 22,713.04 22,713.04

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-51898 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | MUNIZ, PATRICIA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1018 Checking Account |
| Taxpayer ID No: | *******3540 | | | |
| For Period Ending: | 12/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/09/14 | 8 | Rathburn, Cservenyak & Kozol | Partial payment PI settlement | 1242-000 | 26,929.96 | | 26,929.96 |
| 07/09/14 | 8 | Claims Management Inc | Partial payment PI settlement | 1242-000 | 25,857.10 | | 52,787.06 |
| 07/09/14 | 8 | Claims Management Inc | Partil settlement PI | 1242-000 | 22,712.94 | | 75,500.00 |
| 07/10/14 | 001001 | Patricia Muniz | Payment of PI exemption per court roder | 8100-000 | | 15,000.00 | 60,500.00 |
| 07/10/14 | 001002 | Laborers Pension Fund & Health & Welfare | Payment of lien holder per court order | 2990-000 | | 10,698.00 | 49,802.00 |
| 07/10/14 | 001003 | ATI Physical Therapy | Payment of lien holder per per court order | 2990-000 | | 159.00 | 49,643.00 |
| 07/10/14 | 001004 | Rathburn, Cservenyak & Kozol | Payment of special counsel fee per court order | 3210-000 | | 25,166.67 | 24,476.33 |
| 07/10/14 | 001005 | Rathburn, Cservenyak & Kozol | Payment of special counsel expenses per court rorder | 3220-000 | | 1,763.29 | 22,713.04 |
| 10/20/14 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 22,713.04 | 0.00 |

|   | COLUMN TOTALS | 75,500.00 | 75,500.00 | 0.00 |
| --- | --- | --- | --- | --- |
| | Less:  Bank Transfers/CD's | 0.00 | 22,713.04 | |
| | Subtotal | 75,500.00 | 52,786.96 | |
| | Less:  Payments to Debtors | | 15,000.00 | |
| | Net | 75,500.00 | 37,786.96 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********0015 | 0.00 | 19,880.10 | 0.00 |
| Checking Account - ********1018 | 75,500.00 | 37,786.96 | 0.00 |
| | 75,500.00 | 57,667.06 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| Page Subtotals | 75,500.00 | 75,500.00 | |

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-51898 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | MUNIZ, PATRICIA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1018 Checking Account |
| Taxpayer ID No: | *******3540 | | | |
| For Period Ending: | 12/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********0015 | | | | |
| | | | Checking Account - ********1018 | | | | |

Page Subtotals            0.00            0.00

Ver: 18.03a